UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT<br>OF LABOR,<br>                *Plaintiff*,<br>v.<br><br>WOODS CONSTRUCTION AND<br>DEVELOPMENT, INC., d/b/a WOODS<br>ESTATES, d/b/a WOODS CONSTRUCTION,<br>and SETH WOODS, individually,<br><br>                *Defendants*. | Civ. Action No.: 3:23-cv-00008-SHL-SBJ<br><br>MOTION FOR ENTRY |

## MOTION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Secretary"), hereby moves this Court for entry of the Proposed Consent Judgment against Defendants Woods Construction and Development, Inc., d/b/a Woods Estates, d/b/a Woods Construction, and Seth Woods, individually, (collectively "Defendants").

In support of this Motion, Plaintiff states that Defendants have consented to the entry of this Judgment.

WHEREFORE, Defendants having consented to the entry of Judgment against them, plaintiff respectfully requests that this Court enter the proposed Consent Judgment submitted concurrently with this Motion.

**Dated: August 15, 2023**

| | |
|---|---|
| **SEEMA NANDA**<br>Solicitor of Labor<br><br>**CHRISTINE Z. HERI**<br>Regional Solicitor<br><br>**EVERT H. VANWIJK**<br>Associate Regional Solicitor |   /s/ Boyce N. Richardson<br>**BOYCE N. RICHARDSON**<br>Attorney (Mo. Bar No. 62509)<br><br>OFFICE OF THE SOLICITOR<br>U.S. DEPARTMENT OF LABOR<br>2300 Main Street \| Suite 10100<br>Kansas City, MO 64108<br>(816) 285-7270 (Direct)<br>(816) 285-7287 (Fax)<br>Richardson.Boyce.N@dol.gov<br>sol.kc.docket@dol.gov<br><br>*Attorneys for **Plaintiff Julie A. Su,** **Acting Secretary of Labor, United States Department of Labor*** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent via email to the following Parties:

Danielle Smid  
Attorney  
Brown, Winnick, PLC  
666 Grand Ave | Ste 2000  
Des Moines, IA 50309  
Daniel.smid@brownwinnick.com

Attorney for Defendants

and

Seth Woods  
Owner/ Individually  
Woods Construction & Development, Inc.  
309 Madison Dr.  
Riverdale, IA 52722  
woodsconstructionanddevelopment@gmail.com

                                              /s/ Boyce N. Richardson